# Third District Court of Appeal
## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1890
Lower Tribunal Nos. F14-22398 & F14-22399

————————

**Steve Austin Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Steve Austin, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES, and LOBREE, JJ.

PER CURIAM.

Affirmed.